AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tammie Thompson and Debra Love, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Ciox Health, LLC, individually and d/b/a IOD Incorporated, and ScanSTAT Technologies, LLC,<br>*Defendant* | Civil Action No.   2:20-cv-02847-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✓ other: having granted Defendant Ciox Health LLC's motion to dismiss, it is ordered that the Court's findings apply equally to Defendant ScanSTAT Technologies, LLC. The Court dismisses the Plaintiffs' complaint in full.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✓ decided by the Honorable Bruce Howe Hendricks, United States District Judge, having ruled on a motion to dismiss.

Date:   September 3, 2021                         *CLERK OF COURT*

                                                         s/ Virginia Druce, Deputy Clerk
                                                         *Signature of Clerk or Deputy Clerk*